Sterling Service Oil Co.
vs.  No. 70908
I. Jacobs

January 5, 1928.

BLODGETT, J. Heard upon motion for new trial filed by plaintiff after verdict for plaintiff for $33.66.

The action is in assumpsit for book account. The entire amount claimed due was $67.31 including interest.

While the amount involved in this matter is small yet the Court feels satisfied from the testimony that the plaintiff is entitled to the entire amount of its claim and that the jury failed to do substantial justice.

Motion granted.

Uldrich Pettine & F. De Simonie for plaintiff.

Hogan & Hogan for defendant.